THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Henry D. McKinney, Appellant.
 
 
 

Appeal From York County
  Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-467
 Submitted September 15, 2004 - Filed September 16, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia, and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Henry D. McKinney appeals his 
 guilty plea for felony driving under the influence causing great bodily injury.  
 Counsel for McKinney attached to the final brief a petition to be relieved as 
 counsel.  McKinney filed a separate pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss McKinneys appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
STILWELL, BEATTY, and SHORT, JJ., concur.